**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts *(pro hac vice)*
Julian C. Diamond *(pro hac vice)*
1990 North California Blvd., Suite 940
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: mroberts@bursor.com
          jdiamond@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY CARROLL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MYRIAD GENETICS, INC.,<br><br>Defendant. | Case No. 4:22-cv-00739-YGR<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ashley Carroll ("Plaintiff") and Defendant Myriad Genetics, Inc. ("Defendant"), by and through their designated counsel, hereby stipulate that this action be hereby dismissed with prejudice.  Each party shall bear their own fees and costs.

Dated:  October 12, 2023        **BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts *(pro hac vice)*
Julian C. Diamond *(pro hac vice)*
1990 North California Blvd., Suite 940
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: mroberts@bursor.com
           jdiamond@bursor.com

*Attorneys for Plaintiffs*

Dated:  October 12, 2023        **GREENBERG TRAURIG, LLP**

By: */s/ William J. Goines*

William J. Goines (State Bar No. 61290)
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 289-7860
Facsimile:  (650) 328-8508
goinesw@gtlaw.com

**GREENBERG TRAURIG, LLP**
Robert J. Herrington (State Bar No. 234417)

Jonathan S. Goldsten (State Bar No. 318990)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
herringtonr@gtlaw.com
Jonathan.goldstein@gtlaw.com

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the other signatories to this document.

By:   /s/ L. Timothy Fisher